# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STANLEY JAMES BRUMFIELD, JR.

NO. 2025 KW 0432

**AUGUST 13, 2025**

---

In Re: Stanley James Brumfield, Jr., applying for rehearing, 32nd Judicial District Court, Parish of Terrebonne, No. 713585.

---

**BEFORE: PENZATO, WOLFE, AND FIELDS, JJ.**

**APPLICATION FOR REHEARING DENIED.** An application for rehearing will not be considered where this court denied the original writ application. See Uniform Rules-Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**AHP**
**EW**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT